UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSSETTE STEWART, individually and on behalf of all other persons similarly situated who were employed by LOVE TENDER CARE HOME CARE LLC and/or any other entities affiliated with or controlled by LOVE TENDER CARE HOME CARE LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>LOVE TENDER CARE HOME CARE LLC, and any related entities, and NICOLE P. RICHARDSON,<br><br>Defendants. | Civil Action No.: 25-cv-289<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the annexed affirmation of Alanna R. Sakovits dated June 2, 2025, and the exhibits annexed thereto, the Memorandum of Law in Support of the Motion for Default, and upon all pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff, will move this Court before the Honorable Judge Michael P. Shea, Chief United States District Court Judge, at the United States Courthouse, District of Connecticut, located at 450 Main Street - Annex 135 (Courtroom 3), Hartford, Connecticut 06103, at a date and time to be determined by the Court, for an Order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting Plaintiff's Motion for a Default Judgment against Defendants Love Tender Care Home Care LLC and Nicole P. Richardson, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
      June 2, 2025

                                        Virginia & Ambinder, LLP

                                        _____/s/_____
                                        LaDonna M. Lusher, Esq. (*pro hac vice*)
                                        Alanna Sakovits, Esq. (Bar No. ct31786)
                                        40 Broad Street, 7th Floor
                                        New York, New York 10004
                                        Tel: (212) 943-9080
                                        Fax: (212) 943-9082
                                        llusher@vandallp.com
                                        asakovits@vandallp.com

To:

Nicole Richardson
1340 Washington Blvd, Unit 308
Stamford, CT 06902

Love Tender Home Care LLC
1340 Washington Blvd, Unit 308,
Stamford, CT 06902

Nicole Richardson
5658 Goffe Terrace
New Haven, CT 06511

Love Tender Home Care LLC
5658 Goffe Terrace
New Haven, CT 06511